UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 02-cr-80713

PAUL SUMMERS CHAPMAN,

    Defendant.
_____/

**OPINION AND ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE**

Defendant Paul Summers Chapman was convicted by jury on February 3, 2003, of felon in possession of a firearm, 18 U.S.C. § 922(g), possession with intent to distribute cocaine base, 21 U.S.C. § 841(a), possession with intent to distribute heroin, 21 U.S.C. § 841(a), possession with intent to distribute cocaine, 21 U.S.C. § 841(a), and possession with intent to distribute marijuana, 21 U.S.C. § 841(a). (ECF No. 37, PageID.141.) He served a nearly 20-year term of incarceration. He has been on supervised release for two years and is almost 65 years of age. He has accumulated no infractions while on release.

Defendant now moves for early termination of supervised release. (ECF No. 95.) Neither the government nor the probation department has any objection. (ECF No. 97.) Recognizing the rehabilitation programs he has successfully completed and the length of time that has passed with no infractions, the court sees no need to continue

supervision. The court will accordingly grant Defendant's motion, terminating his supervised release as requested.

    IT IS ORDERED that Defendant's "Motion to Terminate Supervised Release After Completion of One-Year Supervision Pursuant to Title 18 U.S.C. Section 3583(e)(1)" (ECF No. 95) is GRANTED.

    s/Robert H. Cleland    /
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 26, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 26, 2023, by electronic and/or ordinary mail.

    s/Kim Grimes    /
    Deputy Clerk